# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1778

_____

| | | |
|---|---|---|
| Connie Sue Guthrie; Karl David Guthrie, Jr., | * * * | |
| Appellants, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Jerry Eber, Doctor, Individually and | * | |
| Officially; Elizabeth Wainwright, | * | [UNPUBLISHED] |
| Individually and Officially; Tiffany | * | |
| Landrum, Doctor, Individually and | * | |
| Officially, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: September 27, 2011
Filed: October 4, 2011

_____

Before MELLOY, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Connie and Karl Guthrie appeal the district court's[1] denial of their motion under Federal Rule of Appellate Procedure 4(a)(5) for an extension of time to file an appeal in their civil action. After careful review, see Gibbons v. United States, 317 F.3d 852,

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

853-54 (8th Cir. 2003), we conclude the district court did not abuse its discretion by finding that the Guthries failed to show excusable neglect warranting an extension. Accordingly, we affirm.  See 8th Cir. R. 47B.

_____